IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENETIC TECHNOLOGIES LIMITED, | ) | |
| a Australian corporation, | ) | |
| | ) | 8:12-CV-00120-JFB-TDT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GENESEEK, INC. | ) | |
| a Nebraska corporation, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF DISMISSAL**

THIS MATTER, coming before the Court upon the Parties' Stipulation of Dismissal with Prejudice, and being fully advised in the premises,

IT IS HEREBY ORDERED that this matter is now dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 11th day of May, 2012

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge